THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRIET DERIGO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

3:17-CV-1523
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 8th DAY OF MAY, 2019, upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge